**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000455
23-JUN-2026
07:57 AM
Dkt. 112 OGMD**

NO. CAAP-25-0000455

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ANXIN SHEN, BEIXIN ZHENG, DONG DING, MINGLEI MA,
WEIJUN HUANG, WENYAN PAN, XIANGJUN CAO, YIYUN LIU,
FANG YAO, and ZHUHAO ZHANG, Plaintiffs-Appellees,
v.
HAWAIIAN ISLANDS REGIONAL CENTER, LLC; BENJAMIN MEEKER;
and ANDRE HURST, Defendants-Appellants,
and
JOHN DOES 1-10; DOE ENTITIES 1-10, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CCV-23-0001280)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Nakasone, Chief Judge, Wadsworth and Gluck, JJ.)

Upon consideration of Defendants-Appellants Hawaiian Islands Regional Center, LLC, Benjamin Meeker, and Andre Hurst's (**Appellants**) June 1, 2026 "Motion to Dismiss Appeal Following Rule 60(b) Vacatur of the Judgment," the papers in support, the record, and there being no opposition filed, it appears that:

(1) Appellants seek to dismiss their appeal because the Circuit Court of the First Circuit entered an order on temporary remand vacating the May 13, 2025 Judgment from which Appellants appealed; and

(2) Dismissal is warranted, as the underlying record no longer contains an appealable judgment necessary for appellate jurisdiction.

Therefore, IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, June 23, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Daniel M. Gluck
Associate Judge